PER CURIAM.
Affirmed. See Carbajal v. State, 75 So.3d 258 (Fla.2011); Johnson v. State, 60 So.3d 1045 (Fla.2011); Bolender v. State, 658 So.2d 82 (Fla.1995); State v. King, 426 So.2d 12 (Fla.1982); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); McNeil v. State, 993 So.2d 1030 (Fla. 2d DCA 2008); Johnson v. State, 114 So.3d 205 (Fla. 5th DCA 2012); Harris v. State, 789 So.2d 1114 (Fla. 1st DCA 2001).
SILBERMAN, WALLACE, and SALARIO, JJ., Concur.